UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

AXEL R. MEIER and CHRISTINE BAUMEISTER-MEIER,

Plaintiffs,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS f/k/a Banker's Trust Company, as Trustee and Custodian for GSAA 2006-2, and John Doe,

Defendant.

Case No.: 2:09-cv-00169-FtM-29 SPC

_____/

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, WITH SUPPORTING MEMORANDUM OF LAW

The Defendant, DEUTSCHE BANK TRUST COMPANY AMERICAS f/k/a Banker's Trust Company, as Trustee and Custodian for GSAA 2006-2, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6), files its Motion to Dismiss Plaintiffs' Complaint, and as grounds therefore states as follows:

1. Plaintiffs' have set forth twelve (12) paragraphs, which they entitle "Facts Relating to Slander of Title", however fail to allege the elements of such a claim.

2. The Plaintiffs further fail to allege the diversity jurisdiction requirements under 28 U.S.C. §1332.

3. As there are no causes of action properly pled against the Defendant, Defendant is entitled to dismissal of the case.

## MEMORANDUM OF LAW

To survive a Motion to Dismiss for failure to state a claim upon which relief can be granted, a Plaintiff must allege more than "labels and conclusions", and the Complaint must

"contain either direct of inferential allegations respecting all the material elements necessary to sustain a recovery under some viable defense theory". *Financial Sec Assur. Inc. v. Stephens, Inc.*, 500 F. 3d 1276 (11th Circuit 2007). The elements required to state a claim for slander of title under Florida law are "that there has been a false and malicious statement, oral or written, made in disparagement of a person's title to real or personal property, or some right of his, causing him special damage." *Larson v. Correct Craft, Inc.* 2005 WL 1902438 (M.D. Fla. 2005)

Plaintiffs' factual recitations in the Complaint fail to support any of the elements of a slander of title action, and the Defendant is unable to ascertain any other legally cognizable cause of action that is supported by these facts. The allegations in the Complaint appear to be more of the nature of attempted affirmative defenses to the foreclosure action currently pending against Plaintiffs in the Circuit Court of the 20th Judicial Circuit, in and for Lee County, Florida, Case No. 2008-CA-10687.

In addition, 28 U.S.C. §1332 provides for Federal Court diversity jurisdiction in cases where the matter in controversy exceeds the value of $75,000.00. Plaintiffs have failed to allege the amount in controversy; therefore, this Court lacks jurisdiction.

Based upon the foregoing, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS f/k/a Banker's Trust Company, as Trustee and Custodian for GSAA 2006-2 respectfully requests that this Honorable Court grant this Motion to Dismiss, along with any further relief deemed proper.

Case No.: 2:09-cv-00169-FtM-29 SPC

                     s/H. Keith Thomerson
                     H. Keith Thomerson
                     Florida Bar No. 893706
                     kthomerson@hinshawlaw.com
                     HINSHAW & CULBERTSON LLP
                     50 N. Laura Street, Suite 4100
                     Jacksonville, Florida 32202
                     Telephone: 904-359-9620
                     Facsimile: 904-359-9640
                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I electronically filed the foregoing with the Clerk of the Court and mailed a true and correct copy to:

Axel R. Meier
Christine Baumeister-Meier
1306 Southwest 13th Terrace
Cape Coral, Florida 33991

                     s/H. Keith Thomerson
                     H. Keith Thomerson
                     Florida Bar No. 893706
                     kthomerson@hinshawlaw.com
                     HINSHAW & CULBERTSON LLP
                     50 N. Laura Street, Suite 4100
                     Jacksonville, Florida 32202
                     Telephone: 904-359-9620
                     Facsimile: 904-359-9640
                     Attorneys for Defendant

22227078v1 898750 68313