FILED

IN THE U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA
FORT MYERS, DIVISION

2010 DEC 30 AM 9:58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

AXEL R. MEIER PRO-SE )
   Plaintiff )
)
Vs ) CASE NO. 2:09-cv-169-FtM-29SPC
)
DEUTSCHE BANK TRUST    COMPANY )
AMERICAS F/K/A BANKERS TRUST )
COMPANY AS TRUSTEE AND )
CUSTODIAN FOR GSAS-2006-2 AND ) JUDGE: _____JOHN E. STEELE_____
JOHN DOE, UNKNOWN OWNER OF ) United States District Judge
SECURITIZED NOTE )
)
   Defendant/s )
)

## PLAINTIFF'S ANSWER TO ORDER

Plaintiff hereby submits to the Court for consideration that the Plaintiff's prior motions and answer were in-advertently filed without reference to proper jurisdiction. JURISDICTION in this matter is clearly defined pursuant to 28 U.S.C. (federal question) 15 U.S.C. 1692(k)d fair debt collection practices act and 28 U.S.C. 1367 (pendant state claims)

Defendant failed in an earlier action to provide Plaintiff with Validation of Debt as required.

WHEREFORE: Plaintiff respectfully requests this Honorable Court recognize JURISDICTION as defined being available to Plaintiff under 15 U.S.C. 1692k(d).

Respectfully submitted:

_____
Axel R. Meier Pro-Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and accurate copy of the above has been furnished by US Postal Service, Certified Return Receipt Requested on this 27th Day of December 2010 to:

H. Keith Thomerson
HINSHAW & CULBERTSON LLP
50 Laura Street, Suite 4100
Jacksonville, FL 32202

STATE OF FLORIDA
COUNTY OF LEE

I, certify that Axel R Meier, who is personally known to be the person whose name is subscribed to the foregoing instrument/s produced Florida Drivers License M600-016-58-176-0 with expiration date of: 05-16-2012 as identification personally appeared before me on: 12-14 2010 and acknowledged that he is the person so named.


_E. A. Balazs_
Notary Public, State of Florida

My commission expires: MAY 11, 2013

NOTARY PUBLIC-STATE OF FLORIDA
Elke A. Balazs
Commission #DD888581
Expires: MAY 11, 2013
BONDED THRU ATLANTIC BONDING CO., INC.